

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2022

No. 04-22-00399-CV

**IN RE** Richard A. **GARCIA**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12755
Honorable John D. Gabriel Jr., Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

On June 29, 2022, relator filed a Petition for Writ of Mandamus and an Emergency Motion to Stay the Enforcement Order the trial court signed on June 7, 2022. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than July 15, 2022**. Any such response must conform to Texas Rule of Appellate Procedure 52.4. The respondent and the real party in interest may also file a response to the Emergency Motion to Stay.

We **GRANT** the Emergency Motion to Stay, in part, as follows:

1.     The following findings contained in the Enforcement Order the trial court signed on June 7, 2022 are STAYED pending further order of this court:
- Violation 20 (February 2021);
- Violation 21 (March 2021);
- Violation 22 (April 2021);
- Violation 23 (May 2021);
- Violation 24 (June 2021);
- Violation 28 (July 2021);

---

[1] This proceeding arises out of Cause No. 2017-CI-12755, styled *In the Matter of the Marriage of Elizabeth J. Ranft-Garcia and Richard Anthony Garcia and in the Interest of J.E.R.G., a Child*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.

- Violation 29 (August 2021);
- Violation 30 (September 2021); and
- Violation 31 (October 2021).

2.      The contempt of relator is STAYED pending further order of this court.

3.      The award of attorney's fees requiring relator to pay $10,485.00 "attorney's fees, expenses, and costs . . . . on or before the 30th day after the date this judgment is signed" is STAYED pending further order of this court.

It is so **ORDERED** on June 30, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT